AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>CHRISTOPHER CAPOZZA<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  **3:21-MJ-09**<br>)<br>)<br>) |

FILED
SCRANTON
JAN 22 2021
DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 23, 2020- October 31, 2020__ in the county of __Schuylkill__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2423(a) | Transportation with Intent to Engage in Criminal Sexual Activity |
| 18 U.S.C. 2323(b) | Travel with Intent to Engage in Illicit Sexual Conduct |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

*Ann M. Kirkland*
Complainant's signature

__Ann M. Kirkland, Special Agent, FBI__
Printed name and title

Sworn to before me and signed in my presence.
**Via reliable electronic means - telephone**
Date: **January 22, 2021**

*Karoline Mehalchick*
Judge's signature

City and state: Scranton, PA

U.S. Magistrate Judge Karoline Mehalchick
Printed name and title