EFILE

# U.S. District Court
# District of Connecticut (New Haven)
# CRIMINAL DOCKET FOR CASE #: 3:21-mj-00082-TOF-1

| | |
|---|---|
| Case title: USA v. Capozza | Date Filed: 01/26/2021 |

Assigned to: Judge Thomas O. Farrish

**Defendant (1)**

| | | |
|---|---|---|
| **Christopher Capozza** | represented by | **Allison Murray Near** Federal Defender's Office 265 Church Street Suite 702 New Haven, CT 06510 203-498-4200 Fax: 203-498-4207 Email: Allison_Near@fd.org *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Public Defender* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Sarala Vidya Nagala** U. S. Attorney's Office-CT 157 Church Street 24th Floor |

New Haven, CT 06519
203–821–3737
Email: sarala.nagala@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/26/2021 | | Arrest of Christopher Capozza in District of Connecticut. (Wood, R.) (Entered: 01/26/2021) |
| 01/26/2021 | 1 | MOTION for Pretrial Detention by USA as to Christopher Capozza. (Wood, R.) (Entered: 01/26/2021) |
| 01/26/2021 | 2 | Minute Entry for proceedings held before Judge Thomas O. Farrish: granting 1 Motion for Pretrial Detention as to Christopher Capozza (1); Initial Appearance in Rule 5 Proceedings as to Christopher Capozza held on 1/26/2021 Appearance entered by Allison Murray Near for Christopher Capozza on behalf of defendant.; Extradition Hearing as to Christopher Capozza held on 1/26/2021; Motion Hearing as to Christopher Capozza held on 1/26/2021 re 1 MOTION for Pretrial Detention filed by USA. Time 15 minutes(Court Reporter FTR.) (Wood, R.) (Entered: 01/26/2021) |
| 01/26/2021 | 3 | COMMITMENT TO ANOTHER DISTRICT as to Christopher Capozza. Defendant committed to District of Middle District Of Pennsylvania.<br>Signed by Judge Thomas O. Farrish on 1/26/21. (Wood, R.) (Entered: 01/26/2021) |
| 01/26/2021 | 4 | ORDER as to Christopher Capozza pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No.116–182, 134 Stat. 894 (Oct. 21, 2020).<br><br>Counsel for the defendant shall ensure that the defendant receives a copy of this order within ten days.<br><br>Signed by Judge Thomas O. Farrish on 1/26/21. (Wood, R.) (Entered: 01/26/2021) |
| 01/26/2021 | 5 | ELECTRONIC FILING ORDER FOR COUNSEL as to Christopher Capozza – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER.<br>Signed by Judge Thomas O. Farrish on 1/26/21. (Wood, R.) (Entered: 01/26/2021) |
| 01/27/2021 | 6 | WAIVER of Rule 5 & 5.1 Hearings by Christopher Capozza (Wood, R.) (Entered: 01/27/2021) |