HARRISBURG, PA
FEB 0 3 2021
PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : No. 3:21-CR-010 |
| v. | : |
| CHRISTOPHER CAPOZZA, | : (Judge Mariani) |
| Defendant. | : |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

Between on or about July 23, 2020, and on or about October 31, 2020, in Schuylkill County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**CHRISTOPHER CAPOZZA**

did knowingly transport an individual, Victim 1, who had not attained the age of 18 years, in interstate commerce from Schuylkill County, Pennsylvania to the state of Connecticut and the Commonwealth of Massachusetts, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, U.S.C. 2423(a).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2

On or about October 10, 2020, in Schuylkill County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**CHRISTOPHER CAPOZZA,**

did travel in interstate commerce, from the State of Connecticut to the Commonwealth of Pennsylvania, for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code Section 2423(f)(1) with another person under the age of 18.

In violation of Title 18, U.S.C. Section 2423(b).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3

On or about October 31, 2020, in Schuylkill County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**CHRISTOPHER CAPOZZA,**

did travel in interstate commerce, from the State of Connecticut to the

Commonwealth of Pennsylvania, for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code Section 2423(f)(1) with another person under the age of 18.

In violation of Title 18, U.S.C. Section 2423(b).

**THE GRAND JURY FURTHER CHARGES:**

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 2428(a)(1).

Pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 2428(a)(1), upon conviction of offenses in violation of Title 18, United States Code, Sections 2423(a) & (b), the defendant,

## CHRISTOPHER CAPOZZA

shall forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of said offense and any property used, or intended to be used, in any manner

or part, to commit, or to facilitate the commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

    a. Property recovered on January 25, 2020, from 83 Main Street, Apartment 1C, Newington, CT; the person of Christopher Capozza; and the interior of a red Mazda sedan, CT License No. 668UHB.

If any of the forfeitable property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 18, United States

Code, Section 2428(a)(1).

A TRUE BILL

BRUCE D. BRANDLER
Acting United States Attorney

By: *[signature]*

JAMES M. BUCHANAN
Assistant United States Attorney

Date: 02/03/2021

5