UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. :
:
CHRISTOPHER CAPOZZA, : No. 3:21-CR-10
Defendant. :
: (Judge Mariani)
:

FILED
SCRANTON
AUG 3 1 2021
PER _____
DEPUTY CLERK

## GOVERNMENT STATEMENT CONCERNING SUPERSEDING INDICTMENT

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and in accordance with Local Rule 7.1 relating to Superseding Indictments, makes the following statement:

1. At this time, the United States has not filed and does not intend to file a continuance of trial based upon the filing of the superseding indictment. However, the government reserves the right to file such a motion in the future.

2. The superseding indictment contains the following changes in comparison to the preceding indictment:

a. Count 1 of the superseding indictment charges Christopher Capozza with Enticement of a Minor, in violation of Title 18 United States Code, Section 2422(b), based upon the defendant's alleged communications with the minor victim between July 23, 2020, and December 31, 2020.

b. Counts 2 through 5 of the superseding indictment (formerly Count 1 of the preceding indictment) charge Christopher Capozza with Transportation of a Minor with Intent to Engage in Criminal Sexual Activity, violation of Title 18, United States Code Section 2423(a), based upon incidents alleged to have occurred on August 7, 2020 (Count 2), August 14, 2020 (Count 3), August 28, 2020 (Count 4), and September 11, 2020 (Count 5).

c. Counts 6 through 7 of the superseding indictment charge Christopher Capozza with Interstate Travel with the Intent to Engage in a Sexual Act with a Minor, in violation of Title 18, United States Code, Section 2423(b),

    based upon incidents alleged to have occurred on August 4, 2020 (Count 6), and October 4, 2020 (Count 7).

d. Counts 8 and 9 of the superseding indictment (formerly Counts 2 and 3 of the preceding indictment) charge Christopher Capozza with Interstate Travel with the Intent to Engage in a Sexual Act with a Minor, in violation of Title 18, United States Code, Section 2423(b), based upon incidents alleged to have occurred on October 10, 2020 (Count 8), and October 31, 2020 (Count 9).

e. Counts 10, 12, 14, and 16 of the superseding indictment charge Christopher Capozza with Production of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct, in violation of Title 18, United States Code Section 2251(a), based upon incidents alleged to have occurred on August 23, 2020 (Count 10), September 6, 2020 (Count 12), September 7, 2020 (Count 14), and September 28, 2020 (Count 16).

f. Counts 11, 13, 15, and 17 of the superseding indictment charge Christopher Capozza with Receipt of Visual

Depictions of Sexually Explicit Conduct, in violation of Title 18, United States Code, Section 2252(a)(2), based upon incidents alleged to have occurred on August 23, 2020 (Count 11), September 6, 2020 (Count 13), September 7, 2020 (Count 15), and September 28, 2020 (Count 17).

Dated: August 31, 2021

BRUCE D. BRANDLER
ACTING U.S. ATTORNEY

By: <u>James M. Buchanan</u>
Assistant U.S. Attorney
Office of the U.S. Attorney
W.J. Nealon Federal Building
Scranton, Pennsylvania 18503