UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:21-CR-10 |
| | ) | |
| v. | ) | (JUDGE MARIANI) |
| | ) | |
| CHRISTOPHER CAPOZZA, | ) | |
| | ) | |
| Defendant. | ) | (Electronically Filed) |

## BILL OF PARTICULARS

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegations set forth in the Superseding Indictment filed in the above-styled criminal case:

  a. a white Samsung cellphone, IMEI No. 359272101554535;

  b. a Dell computer tower, service tag No. 993WQP2; and

    c.    an Apple Macbook computer, Serial No, C02DH40KP3Y1.

Respectfully submitted,

JOHN C. GURGANUS  
UNITED STATES ATTORNEY

By:   <u>*/s/* Sean A. Camoni</u>  
SEAN A. CAMONI  
Assistant U.S. Attorney  
235 N. Washington Avenue, Ste. 311  
Scranton, PA 18503  
Phone: 570-348-2800  
Fax: 570-348-2037  
sean.a.camoni@usdoj.gov

## CERTIFICATE OF SERVICE

Pursuant to Standing Order 03-1 and Local Rules 4.2 and 5.7, I hereby certify that the foregoing document was served through electronic case filing on January 7, 2022.

                Respectfully submitted,

                JOHN C. GURGANUS
                UNITED STATES ATTORNEY

By:   */s/* Sean A. Camoni
       SEAN A. CAMONI
       Assistant U.S. Attorney
       235 N. Washington Avenue, Ste. 311
       Scranton, PA 18503
       Phone: 570-348-2800
       Fax: 570-348-2037
       sean.a.camoni@usdoj.gov