## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:21-CR-10 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| CHRISTOPHER CAPOZZA, | : | (ELECTRONICALLY FILED) |
| Defendant | : | |

## GOVERNMENT'S PROPOSED VERDICT SLIP

## VERDICT

**WE, THE JURY, MAKE THE FOLLOWING UNANIMOUS FINDINGS BEYOND A REASONABLE DOUBT:**

### Count 1
### Online Enticement, in violation of 18 U.S.C. § 2422(b)

At **Count 1**, on the charge of Online Enticement, in violation of 18 U.S.C. § 2422(b), we the jury find the defendant, CHRISTOPHER CAPOZZA:

Guilty _____          Not Guilty _____

If you find the defendant guilty of Count 1, please answer the following interrogatories:

We, the jury unanimously find that the defendant used a facility of interstate commerce to entice or persuade a minor to engage in conduct for which any person could be charged with Production of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct in violation of 18 U.S.C. §2251(a).

Yes _____          No _____

We, the jury unanimously find that the defendant used a facility of interstate commerce to entice or persuade a minor to engage in conduct for which any person could be charged with Receipt of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct in violation of 18 U.S.C. §2252(a)(2).

Yes _____          No _____

We, the jury unanimously find that the defendant used a facility of interstate commerce to entice or persuade a minor to engage in conduct for which any person could be charged with Aggravated Indecent Assault in violation of 18 Pa.C.S. Section 3125(a)(8).


Yes _____          No _____


We, the jury unanimously find that the defendant used a facility of interstate commerce to entice or persuade a minor to engage in conduct for which any person could be charged with Involuntary Deviate Sexual Intercourse in violation of 18 Pa.C.S. Section 3123(a)(7).


Yes _____          No _____

We, the jury unanimously find that the defendant used a facility of interstate commerce to entice or persuade a minor to engage in conduct for which any person could be charged with Statutory Sexual Assault in violation of 18 Pa.C.S. Section 3122.1(b).


Yes _____          No _____

<u>Count 2</u>
<u>Transportation of a Minor</u>
<u>in violation of 18 U.S.C. § 2423(a)</u>

At **Count 2**, on the charge of Transportation of a Minor (on or about August 7, 2020), in violation of 18 U.S.C. § 2423(a), we the jury find the defendant, CHRISTOPHER CAPOZZA:

Guilty _____          Not Guilty _____

<u>Count 3</u>
<u>Transportation of a Minor</u>
<u>in violation of 18 U.S.C. § 2423(a)</u>

At **Count 3**, on the charge of Transportation of a Minor (on or about 14, 2020), in violation of 18 U.S.C. § 2423(a), we the jury find the defendant, CHRISTOPHER CAPOZZA:

Guilty _____          Not Guilty _____

<u>Count 4</u>
<u>Transportation of a Minor</u>
<u>in violation of 18 U.S.C. § 2423(a)</u>

At **Count 4**, on the charge of Transportation of a Minor (August 28, 2020), in violation of 18 U.S.C. § 2423(a), we the jury find the defendant, CHRISTOPHER CAPOZZA:

Guilty _____          Not Guilty _____

<u>Count 5</u>
<u>Transportation of a Minor</u>
<u>in violation of 18 U.S.C. § 2423(a)</u>

At **Count 5**, on the charge of Transportation of a Minor (on or about September 11, 2020), in violation of 18 U.S.C. § 2423(a), we the jury find the defendant, CHRISTOPHER CAPOZZA:

Guilty _____          Not Guilty _____

<u>Count 6</u>
<u>Travel with Intent to Engage in Illicit Sexual Conduct</u>
<u>in violation of 18 U.S.C. § 2423(b)</u>

At **Count 6**, on the charge of Travel with Intent to Engage in Illicit Sexual Conduct (on or about August 4, 2020), in violation of 18 U.S.C. § 2423(b), we the jury find the defendant, CHRISTOPHER CAPOZZA:

Guilty _____          Not Guilty _____

<u>Count 7</u>
<u>Travel with Intent to Engage in Illicit Sexual Conduct</u>
<u>in violation of 18 U.S.C. § 2423(b)</u>

At **Count 7**, on the charge of Travel with Intent to Engage in Illicit Sexual Conduct (on or about October 4, 2020), in violation of 18 U.S.C. § 2423(b), we the jury find the defendant, CHRISTOPHER CAPOZZA:

Guilty _____          Not Guilty _____

<u>Count 8</u>
<u>Travel with Intent to Engage in Illicit Sexual Conduct</u>
<u>in violation of 18 U.S.C. § 2423(b)</u>

At **Count 8**, on the charge of Travel with Intent to Engage in Illicit Sexual Conduct (on or about October 10, 2020), in violation of 18 U.S.C. § 2423(b), we the jury find the defendant, CHRISTOPHER CAPOZZA:

Guilty _____        Not Guilty _____

<u>Count 9</u>
<u>Travel with Intent to Engage in Illicit Sexual Conduct</u>
<u>in violation of 18 U.S.C. § 2423(b)</u>

At **Count 9**, on the charge of Travel with Intent to Engage in Illicit Sexual Conduct (on or about October 31, 2020), in violation of 18 U.S.C. § 2423(b), we the jury find the defendant, CHRISTOPHER CAPOZZA:

Guilty _____        Not Guilty _____

<u>Count 10</u>
<u>Production of Visual Depictions of a Minor Engaging in Sexually</u>
<u>Explicit Conduct, in violation of 18 U.S.C. §2251(a)</u>

At **Count 10**, on the charge of Production of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct (on or about August 23, 2020), in violation of 18 U.S.C. § 2251(a), we the jury find the defendant, CHRISTOPHER CAPOZZA:

Guilty _____        Not Guilty _____

## Count 11
## Receipt of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct in violation of Title 18, U.S.C. §2252(a)(2)

At **Count 11**, on the charge of Receipt of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct (on or about August 23, 2020), in violation of 18 U.S.C. § 2252(a)(2) and (b)(1), we the jury find the defendant, CHRISTOPHER CAPOZZA:

Guilty _____          Not Guilty _____

## Count 12
## Production of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. §2251(a)

At **Count 12**, on the charge of Production of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct (on or about September 6, 2020), in violation of 18 U.S.C. § 2251(a), we the jury find the defendant, CHRISTOPHER CAPOZZA:

Guilty _____          Not Guilty _____

## Count 13
## Receipt of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct in violation of Title 18, U.S.C. §2252(a)(2)

At **Count 13**, on the charge of Receipt of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct (on or about September 6, 2020), in violation of 18 U.S.C. § 2252(a)(2) and (b)(1), we the jury find the defendant, CHRISTOPHER CAPOZZA:

Guilty _____          Not Guilty _____

## Count 14
## Production of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. §2251(a)

At **Count 14**, on the charge of Production of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct (on or about September 7, 2020), in violation of 18 U.S.C. § 2251(a), we the jury find the defendant, CHRISTOPHER CAPOZZA:

Guilty _____          Not Guilty _____

## Count 15
## Receipt of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct in violation of Title 18, U.S.C. §2252(a)(2)

At **Count 15**, on the charge of Receipt of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct (on or about September 7, 2020), in violation of 18 U.S.C. § 2252(a)(2) and (b)(1), we the jury find the defendant, CHRISTOPHER CAPOZZA:

Guilty _____          Not Guilty _____

<u>Count 16</u>
<u>Production of Visual Depictions of a Minor Engaging in Sexually
Explicit Conduct, in violation of 18 U.S.C. §2251(a)</u>

At **Count 16**, on the charge of Production of Visual Depictions of a
Minor Engaging in Sexually Explicit Conduct (on or about September 28,
2020), in violation of 18 U.S.C. § 2251(a), we the jury find the defendant,
CHRISTOPHER CAPOZZA:

Guilty _____          Not Guilty _____

<u>Count 17</u>
<u>Receipt of Visual Depictions of a Minor Engaging in Sexually Explicit
Conduct in violation of Title 18, U.S.C. §2252(a)(2)</u>

At **Count 17**, on the charge of Receipt of Visual Depictions of a
Minor Engaging in Sexually Explicit Conduct (on or about September 28,
2020), in violation of 18 U.S.C. § 2252(a)(2) and (b)(1), we the jury find
the defendant, CHRISTOPHER CAPOZZA:

Guilty _____          Not Guilty _____

Dated: _____          _____
                                 JURY FOREPERSON

WHEREFORE, the United States respectfully submits the proposed verdict slip herein.

JOHN C. GURGANUS
United States Attorney


/s/ James M. Buchanan

JAMES M. BUCHANAN
Assistant U.S. Attorney
Nealon Federal  Bldg., Suite 311
Scranton, PA 18503
Dated:  January 7, 2022        (570) 348-2800

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 3:21-CR-10 |
| v. | : | |
| | : | (Judge Mariani) |
| CHRISTOPHER CAPOZZA, | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the

Office of the United States Attorney for the Middle District of

Pennsylvania and is a person of such age and discretion to be competent

to serve papers.

That this 7th day of January 2022, she served a copy of the

**GOVERNMENT'S PROPOSED JURY INSTRUCTIONS**

by electronic filing on:

Paul Walker, Esquire
Attorney for Christopher Capozza


/s/ Christina Nihen
Christina Nihen
Legal Assistant